1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   CHRISTIAN MEJIA
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C. 20044
5  202-305-7548 (v)
   202-307-0054 (f)
6  Christian.Mejia@usdoj.gov

7  McGREGOR W. SCOTT
   United States Attorney
8  Eastern District of California
   *Of Counsel*
9
   *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:19-CV-01466-TLN-EFB |
|---|---|
| Plaintiff, | **ORDER APPROVING LIEN PRIORITY STIPULATION BETWEEN THE UNITED STATES AND BUTTE COUNTY** |
| v. | |
| Richard E. Bradley; State of California, Franchise Tax Board; Troy Kidd, Butte County Treasurer-Tax Collector; | |
| Defendants. | |

Plaintiff, the United States of America ("United States"), and Defendant, Troy Kidd, Butte County Treasurer-Tax Collector ("Butte County"), have jointly filed a Lien Priority Stipulation between the United States and Butte County (ECF No. 7) ("Stipulation") with regard to the real property at issue in this action ("Subject Property").

//

//

//

//

Order  1

In consideration of the parties' Stipulation and for good cause shown, the Court ORDERS:

    (1)    The Stipulation between the United States and Butte County is hereby approved;

    (2)    If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed order of sale consistent with the Stipulation;

    (3)    Butte County agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

    (4)    The United States and Butte County shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

    (5)    Butte County is excused from further participation in this action, until, and if, the Court permits the sale of the Subject Property.

IT IS SO ORDERED.

DATED: September 26, 2019

Troy L. Nunley
United States District Judge