RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Richard E. Bradley; State of California, Franchise Tax Board; Troy Kidd, Butte County Treasurer-Tax Collector;<br><br>Defendants. | No. 2:19-CV-01466-TLN-EFB<br><br>**ORDER APPROVING LIEN PRIORITY STIPULATION BETWEEN THE UNITED STATES AND THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD** |

Plaintiff, the United States of America ("United States"), and Defendant, the State of California, Franchise Tax Board ("FTB"), have jointly filed a Lien Priority Stipulation between the United States and the FTB (ECF No. 11) ("Stipulation") with regard to the real property at issue in this action ("Subject Property").

*//*

*//*

*//*

*//*

Order 1

In consideration of the parties' Stipulation and for good cause shown, the Court ORDERS:

(1) The Stipulation between the United States and the FTB is hereby approved;

(2) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed order of sale consistent with the Stipulation;

(3) The FTB agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

(4) The United States and the FTB shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

(5) The FTB is excused from further participation in this action, until, and if, the Court permits the sale of the Subject Property.

IT IS SO ORDERED.

DATED: October 15, 2019

Troy L. Nunley
United States District Judge